```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

LUIS ALBERTO HERNANDEZ,

                Plaintiff,        24-cv-92 (JGK)

    - against -               ORDER

UNCLE VINNY'S ENTERPRISE, INC. ET AL.,

                Defendants.

------------------------------------------------

JOHN G. KOELTL, District Judge:

    The time to answer is extended to **February 16, 2024.**

SO ORDERED.

Dated:    New York, New York
          February 2, 2024

                                            John G. Koeltl
                                    **United States District Judge**