UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUIS ALBERTO HERNANDEZ,

              Plaintiff,        24-cv-92 (JGK)

     - against -          ORDER

UNCLE VINNY'S ENTERPRISE, INC. ET
AL.,

              Defendants.

---

JOHN G. KOELTL, District Judge:

    The time to answer was April 4, 2024. To date, no answer
has been filed. The time to answer is extended to **April 19,
2024.**

SO ORDERED.

Dated:    New York, New York
          April 9, 2024

                                John G. Koeltl
                    United States District Judge