**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

LUIS ALBERTO HERNANDEZ, *on behalf of himself,*
*FLSA Collective Plaintiffs and the Class,*

                Plaintiff,

v.

UNCLE VINNY'S ENTERPRISES INC.
   d/b/a UNCLE VINNY'S,
HUDSON VALLEY GREENS INC
   d/b/a UNCLE VINNY'S,
and VINCENT BONDI,
                Defendants.

**Case No.:** 1:24-cv-00092

[PROPOSED]
**RULE 68 JUDGMENT**

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants UNCLE VINNY'S ENTERPRISES INC. d/b/a UNCLE VINNY'S, HUDSON VALLEY GREENS INC d/b/a UNCLE VINNY'S, and VINCENT BONDI (collectively "Defendants"), having offered to allow Plaintiff LUIS ALBERTO HERNANDEZ ("Plaintiff") to take a judgment against them, in the sum of Twenty-Five Thousand Eight Hundred Sixty One Dollars and Thirty-Five Cents ($25,861.35) ("Judgment Amount"), inclusive of attorneys' fees and costs, to resolve all of Plaintiff's claims against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated May 17, 2024 and filed as Exhibit A to Docket Number 27;

**WHEREAS**, on May 20, 2024, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 27);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff LUIS ALBERTO HERNANDEZ, in the sum of $25,861.35, in accordance with the terms

and conditions of Defendants' Rule 68 Offer of Judgment dated May 17, 2024 and filed as Exhibit A to Docket Number 27. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: 5/20, 2024
New York, New York

_____
U.S.D.J.