```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────

**LUIS ALBERTO HERNANDEZ,**

        Plaintiff,

  - against -

**UNCLE VINNY'S ENTERPRISES INC., ET AL.,**

        Defendants.

───────────────────────────────────

**24-cv-92 (JGK)**

<u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

    Because this is a Fair Labor Standards Act case, the settlement must be approved by the Court. <u>See</u> <u>Cheeks v. Freeport Pancake House, Inc.</u>, 796 F.3d 199 (2d Cir. 2015). The parties should submit the proposed settlement to the Court, together with an explanation of the reasonableness of the settlement including any attorney's fees, by **July 1, 2024.**

**SO ORDERED.**

Dated:    New York, New York
            May 30, 2024

                                    /s/ John G. Koeltl
                                        John G. Koeltl
                               **United States District Judge**